IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL J. BAZEMORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK, N.A., | : | CIVIL ACTION NO. |
| | : | 1:14-CV-03310-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

Plaintiff Michael Bazemore has sued Defendant U.S. Bank alleging a wrongful foreclosure and seeking injunctive and other relief. Defendant removed this action asserting the existence of jurisdiction under 28 U.S.C. § 1331—due in part to claims under the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601—as well as 28 U.S.C. § 1332. Defendant also asserts the existence of supplemental jurisdiction over Plaintiff's pendant state law claims.

Included in Plaintiff's Complaint is a demand for a preliminary injunction seeking relief from a foreclosure sale that apparently has already occurred. (Doc. 1-2 ¶¶ 28-40.) Plaintiff, represented by counsel, has not filed a motion for preliminary injunction or a temporary restraining order. Should Plaintiff decide that to seek injunctive relief or a temporary restraining order, he shall file a properly supported motion for same. *See* Fed. R. Civ P. 7(b); Local Rule 7.4.

Accordingly, and because this case contains claims under TILA, this case is **REFERRED** to the next available Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 15th day of October, 2014.

_____
**Amy Totenberg**
**United States District Judge**