# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL J. BAZEMORE,           )<br>                                                    )<br>                                                    )<br>        PLAINTIFF,              )<br>                                                    )<br>v.                                              )<br>                                                    )<br>U.S. BANK, N.A.,                   )<br>                                                    )<br>        DEFENDANT.          )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:14-cv-03310-AT-LTW |

## CONSENT MOTION FOR PROTECTIVE ORDER

**COMES NOW**, U.S. Bank, N.A., Defendant, and Michael J. Bazemore, Plaintiff, and hereby move this Court for a limited Protective Order to protect certain documents to be produced by U.S. Bank, in this litigation which contain confidential trade secret and other confidential commercial information which may harm U.S. Bank if those materials are disclosed to competitors. The parties have consented to the entry of such an Order and a proposed Agreed Order of Protection, executed by all parties, is attached hereto as Exhibit "A." The entry of such a Protective Order will protect the sensitive documents of Defendant U.S.

Bank, while still disclosing the information to opposing counsel in the discovery process.

WHEREFORE, the Parties respectfully request the Court grant the Agreed Order of Protection.

This 23rd day of February, 2015.

| Attorney for Plaintiff: | Attorneys for Defendant: |
|---|---|
|  | SWIFT, CURRIE, MCGHEE & HIERS, LLP |
| By: /s/Natalie R. Rowland<br>*(with express permission)*<br>Natalie R. Rowland, Esq.<br>Georgia Bar No. 431608<br>3128 Clairmont Road, NE<br>Atlanta, Georgia 30329<br>nrowland@rowland-law.com | By: /s/D. Lee Clayton<br>K. Marc Barré, Esq.<br>Georgia Bar No. 039555<br>D. Lee Clayton, Esq.<br>Georgia Bar No. 601004<br>The Peachtree, Suite 300<br>1355 Peachtree Street, N.E.<br>Atlanta, Georgia 30309-3231<br>Telephone:  (404) 874-8800<br>Facsimile:  (404) 888-6199<br>Marc.barre@swiftcurrie.com<br>Lee.Clayton@swiftcurrie.com |

## CERTIFICATION

The undersigned hereby certifies that the within and foregoing Consent Motion for Protective Order was prepared using Times New Roman 14-point font in accordance with LR 5.1(B).

This 23rd day of February, 2015.

                                  **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                  By:   */s/ D. Lee Clayton*_____
                                         K. Marc Barré, Jr.
                                         Georgia Bar No. 039555
                                         D. Lee Clayton
                                         Georgia State Bar No. 601004
                                         ***Attorneys for Defendant***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
Marc.Barre@swiftcurrie.com
Lee.Clayton@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Consent Motion for Protective Order* upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Natalie R. Rowland, Esq.
> 5555 Glenridge Connector
> Suite 200
> Atlanta, Georgia 30342

This 23rd day of February, 2015.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:  */s/ D. Lee Clayton*_____
K. Marc Barré, Jr.
Georgia Bar No. 039555
D. Lee Clayton
Georgia State Bar No. 601004
***Attorneys for Defendant***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
Marc.Barre@swiftcurrie.com
Lee.Clayton@swiftcurrie.com

- 4 -

2909497v.1